

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 4:19CR00251 BSM |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1), (b)(1)(B), 846 |
| JACKIE DEWAYNE FIELDS | ) | |
| DANNY JOE FIELDS | ) | |
| GERMAN OMAR ORTEGA | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about March 29, 2019, in the Eastern District of Arkansas, the defendants,

JACKIE DEWAYNE FIELDS,
DANNY JOE FIELDS, and
GERMAN OMAR ORTEGA

voluntarily and intentionally conspired with each other and other persons known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute and distribute at least 50, but less than 500 grams of a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION 1

Upon conviction of Count 1, of this Indictment, the defendants shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1, of this Indictment, the defendants shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

**[END OF TEXT SIGNATURE PAGE TO FOLLOW]**